# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Lakeisha S. Hinton**

       Plaintiff(s)

vs.                                                              **CASE NUMBER: 1:19-cv-1395 (TJM)**

**Andrew M. Saul**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's motion for judgment on the pleadings is **GRANTED** and the Commissioner's motion is **DENIED**. The case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Decision and Order.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 31st day of March, 2021.

DATED: March 31, 2021

                                                  *John Domurad*
                                                  Clerk of Court

                                                  s/Kathy Rogers
                                                  Deputy Clerk